SANDERS, APPELLANT, *v.* UNITED PARCEL SERVICE, INC., APPELLEE.

[Cite as *Sanders v. United Parcel Serv., Inc.,*
97 Ohio St.3d 1212, 2002-Ohio-5779.]

(No. 2001–2016—Submitted September 25, 2002—Decided November 6, 2002.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

Jacobs, Kleinman, Seibel & McNally and Mark J. Byrne, for appellant.

Frost Brown Todd L.L.C., James D. Cockrum, Susan C. Lonowski and H. Lawson Walker II, for appellee.